JS-6

Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California  90266
Telephone: (310) 546-7400
Facsimile:  (310) 546-7401

*Attorneys for Plaintiffs*
*E-Hose Technologies LLC and*
*PhD Marketing, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-HOSE TECHNOLOGIES LLC, a California Limited Liability Company; and PhD MARKETING, INC., a California Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HAYK'S SMOKE SHOP, INC., a California Corporation; LEVON SAYADYAN, an individual;  and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:14-CV-09258-CAS-JPR<br><br>**[PROPOSED] ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

**WHEREAS**, **Plaintiffs E-Hose Technologies LLC** and **PhD Marketing, Inc.** (collectively "Plaintiffs") having filed a Complaint in this action charging **Defendants Hayk's Smoke Shop, Inc.** and **Levon Sayadyan** ("Defendants") with Trademark Infringement, False Designations of Origin, and Unfair Competition under federal, state, and common law arising from Defendants' manufacture, production, distribution, promotion, advertisement, offering for sale, and/or sale of products bearing counterfeit reproductions of Plaintiff's federally registered trademarks; and

**WHEREAS**, Plaintiffs own of the following trademarks shown below (collectively "E-Hose Marks")
1

| Trademark | U.S. Reg./Serial No. | Class(es)/Goods |
|---|---|---|
| **E-HOSE** | 4,463,945 | Chemical flavorings in liquid form contained within a cartridge used to refill electronic cigarettes |
| **E-HOSE** | 4,456,664 | Cigarette tubes; Electric cigarettes; Electronic cigarette refill cartridges sold empty; Electronic cigars; Electronic hookahs; Hookah parts, namely, tube and hose; Hookah tobacco; Hookahs; Smokeless cigarette vaporizer pipe; Smoker's articles, namely, hookah charcoal. |
| SQUARE | 4,005,820 | Electric cigarettes ; Electric cigars ; Electric smoking pipes. |
| [image] | 85/831231 | Electric cigarettes; Electronic cigarettes; Electronic cigars; Electronic hookahs |

**WHEREAS**, the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment; and

**WHEREAS**, Defendants have agreed to consent to the below terms of a permanent injunction, **IT IS HEREBY ORDERED** that:

1. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Consent Judgment are hereby permanently restrained and enjoined from:

     (a)    Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing products bearing the E-Hose Marks and/or marks identical and/or confusingly similar thereto;

     (b)    Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraph 2(a) above.

**WHEREAS**, Plaintiffs and Defendants have further agreed as follows, **IT IS FURTHER ORDERED** that:

2.    This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3.    Plaintiffs and Defendants shall bear their own costs and attorneys' fees associated with this action.

4.    Plaintiffs hereby dismiss with prejudice their claims against Defendants in this action, however, such dismissal shall not have preclusive effect on those who are not a party to this Stipulation or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiffs expressly reserve.

5.    The execution of this Consent Judgment shall serve to bind and obligate the parties hereto and all dates are hereby vacated.

6.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice.

DATED: July 24, 2015

_/s/ Christina A. Snyder_
Honorable Christina A. Snyder
**United States District Judge**